JS 44   (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Kervan USA, LLC

## DEFENDANTS

Snackerz, Inc.

**(b)** County of Residence of First Listed Plaintiff   Lehigh
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

White and Williams LLP, 1650 Market Street, Suite 1800, Philadelphia, PA 19103, 215-864-6333

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product      Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability  ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &      Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander      Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'      Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability  ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine      Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product      Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability  **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☒ 190 Other Contract | Product Liability  ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal      Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury  ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury -      Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights  **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting  ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment  ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/      Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations  ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 535 Death Penalty | | 26 USC 7609 | Act/Review or Appeal of |
| | Employment  **Other:** | **IMMIGRATION** | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | Other  ☐ 550 Civil Rights | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 448 Education  ☐ 555 Prison Condition | Actions | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
Breach of contracts for purchase of candy products

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
$251,569.50

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
April 28, 2026

SIGNATURE OF ATTORNEY OF RECORD
*Mark Nahhara*

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III. Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV. Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V. Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI. Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: Whitehall, Pennsylvania

---

***RELATED CASE IF ANY:***   Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit?    Yes ☐

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?    Yes ☐

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?    Yes ☐

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?    Yes ☐

5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation.    Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☑ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

*A.*   ***Federal Question Cases:***

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☐ 8. Employment
- ☐ 9. Labor-Management Relations
- ☐ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief **\*see certification below\***
- ☐ 16. All Other Federal Question Cases. *(Please specify)*:_____

*B.*   ***Diversity Jurisdiction Cases:***

- ☑ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify)*:_____
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases: *(Please specify)*_____
  _____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☑ **does not** have implications beyond the parties before the court and ☐ **does** / ☑ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KERVAN USA, LLC,

                 Plaintiff,

      v.

SNACKERZ, INC.,

                 Defendant.

Civil Action No.

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff Kervan USA, LLC ("Kervan"), by and through its undersigned attorneys, states as follows and asserts the following claims against Defendant Snackerz, Inc. ("Snackerz"):

1.     Plaintiff Kervan USA, LLC is a limited liability company organized under the laws of the State of Pennsylvania, with its principal place of business located at 1139 Lehigh Avenue, Suite 300, Whitehall, PA 18052. Kervan's sole member is Kervan Gıda, a Turkish corporation. Accordingly, Kervan is a citizen of Pennsylvania and of Turkey.

2.     Defendant Snackerz, Inc. is a corporation organized under the laws of the State of California. Snackerz maintains its principal place of business at 1320 E. 6th Street, Los Angeles, CA 90021. Accordingly, Snackerz is a citizen of the state of California.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the action is between citizens of different states and the amount in controversy, as described further *infra*, is greater than $75,000.

4.    This Court has specific personal jurisdiction over Snackerz under Pennsylvania's long-arm statute, 42 Pa.C.S.A. § 5322(a), as Snackerz has repeatedly contracted with Kervan for the purchase of Kervan's candy products, and, by its failure to pay Kervan, caused harm to Kervan in Pennsylvania.

5.    Venue is appropriate in this Court under 28 U.S.C. § 1391(b)(2), since a substantial part of the events giving rise to this case occurred within this District.

## FACTS

6.    Kervan is a manufacturer of gummy candy products.

7.    Upon information and belief, Snackerz operates a candy distribution business selling to wholesale and retail customers.

8.    Snackerz has been doing business with Kervan since 2012.

9.    In total, Snackerz has made over 240 purchases from Kervan, totaling over $11 million in business.

10.    Since 2012, Snackerz has regularly purchased contacted Kervan's office in Pennsylvania to arrange for the purchase of Kervan's products.

11.    In connection with such purchases, Snackerz would make payments to Kervan's Pennsylvania office.

12.    From time to time, Snackerz has also sent sample boxes to Kervan's Pennsylvania office.

13.    On or about June 29, 2023, Kervan sent Snackerz invoice no. 49397 for $61,845 for Snackerz' purchase of Kervan's candy products.

14.    A balance of $645 under invoice no. 49397 remains unpaid.

32002108v.1

15. On or about October 11, 2023, Kervan sent Snackerz invoice no. 50292 for $60,245 for another purchase of Kervan products.

16. A balance of $1,000 under invoice no. 50292 remains unpaid.

17. On or about February 26, 2024, Kervan sent Snackerz invoice no. 51287 for $53,177 for another purchase of Kervan products.

18. A balance of $250 under invoice no. 51287 remains unpaid.

19. On or about March 6, 2024, Kervan sent Snackerz invoice no. 51373 for $59,973 for another purchase of Kervan products.

20. A balance of $400 under invoice no. 51373 remains unpaid.

21. On or about April 17, 2024, Kervan sent Snackerz invoice no. 51797 for $59,612.50 for another purchase of Kervan products.

22. A balance of $162.50 under invoice no. 51797 remains unpaid.

23. On or about August 8, 2024, Kervan sent Snackerz invoice no. 52950 for $61,709 for another purchase of Kervan products.

24. A balance of $250 under invoice no. 52950 remains unpaid.

25. On or about August 16, 2024, Kervan sent Snackerz invoice no. 53051 for $59,950 for another purchase of Kervan products.

26. A balance of $2,300 under invoice no. 53051 remains unpaid.

27. On or about September 3, 2024, Kervan sent Snackerz invoice no. 53211 for $59,121 for another purchase of Kervan products.

28. A balance of $450 under invoice no. 53211 remains unpaid.

29. On or about September 18, 2024, Kervan sent Snackerz invoice no. 53376 for $60,530 for another purchase of Kervan products.

30.     A balance of $875 under invoice no. 53376 remains unpaid.

31.     On or about October 3, 2024, Kervan issued a credit memo to Snackerz in the amount of $287.

32.     On or about November 25, 2024, Kervan sent Snackerz invoice no. 53993 for $60,550 for another purchase of Kervan products.

33.     A balance of $10,550 under invoice no. 53993 remains unpaid.

34.     On or about December 12, 2024, Kervan sent Snackerz invoice no. 54125 for $60,550 for another purchase of Kervan products.

35.     The full balance of invoice no. 54125 remains unpaid.

36.     On or about January 8, 2025, Kervan sent Snackerz invoice no. 54300 for $60,575 for another purchase of Kervan products.

37.     The full balance of invoice no. 54300 remains unpaid.

38.     On or about May 20, 2025, Kervan sent Snackerz invoice no. 55445 for $60,180 for another purchase of Kervan products.

39.     The full balance of invoice no. 55445 remains unpaid.

40.     On or about July 1, 2025, Kervan sent Snackerz invoice no. 55931 for $53,669 for another purchase of Kervan products.

41.     The full balance of invoice no. 55931 remains unpaid.

42.     The invoices referenced in paragraphs 13-41 have been attached as **Exhibit A**.

43.     An accounts receivable statement current as of April 3, 2026 has been attached as **Exhibit B**.

32002108v.1

44.    As Exhibit B reveals, the total outstanding balance due under these invoices is $251,569.50.

45.    Kervan has not received any payments from Snackerz subsequent to April 3, 2026.

46.    Each invoice requested payment within 90 days of receipt.

47.    All invoices grant Kervan the right to charge interest at a rate of 1.5% per month if Snackerz were to fail to timely pay.

48.    The invoices also provide that Snackerz had ten days after receipt of the goods to return the shipment with prior approval from Kervan.

49.    Snackerz never rejected the goods it received from Kervan.

## COUNT I – BREACH OF CONTRACT

50.    Kervan incorporates the previous paragraphs (1-49) as if fully set forth herein.

51.    Between June 29, 2023 and the present, as evidenced by the invoices in Exhibit A, Snackerz entered into at least 14 agreements with Kervan for the purchase of Kervan products.

52.    Kervan tendered the respective goods pursuant to Snackerz' orders.

53.    The goods were received and accepted by Snackerz.

54.    Snackerz failed to make full payments to Kervan within the 90-day period provided on the respective invoices.

55.    As a result of Snackerz' failure to pay, Snackerz has breached the contracts between the parties and Kervan has suffered a financial loss in the amount of no less than $251,569.50.

**WHEREFORE**, Kervan respectfully requests that this Court:

a.    Award compensatory damages in the amount of $251,569.50, plus interest;

b.    Award pre- and post-judgment interest;

c.    Award Kervan its reasonable costs incurred in bringing this litigation; and

32002108v.1

d.       Grant such other and further relief as the Court may deem just and proper.


**WHITE AND WILLIAMS LLP**

Mark E. Nakahara
One Liberty Place
1650 Market Street, Suite 1800
Philadelphia, PA 19103
nakaharam@whiteandwilliams.com
(215) 864-6333
*Counsel for Plaintiff,*
*Kervan USA, LLC*


Dated: April 28, 2026